UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Melissa Babyar v. Bayer Corporation, et al.* | No. 12-cv-10589-DRH |
| *Julie Bailey v. Bayer Corporation, et al.* | No. 12-cv-10882-DRH |
| *Emily Coday v. Bayer Corporation, et al.* | No. 12-cv-11175-DRH |
| *Evonne Cote, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10603-DRH |
| *Kathy Del Campo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11007-DRH |
| *Katrina Deutsch, et al. v. Bayer Corporation, et al.* | No. 12-cv-10998-DRH |
| *Angela Farley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10591-DRH |
| *Aaryn Feile v. Bayer Corporation, et al.* | No. 12-cv-10994-DRH |
| *Rita Hart v. Bayer Corporation, et al.* | No. 12-cv-11032-DRH |
| *Robin A. Hartman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12327-DRH |
| *Michele Lingvai v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10600-DRH |
| *Kristin McLeod v. Bayer Corporation, et al.* | No. 10-cv-11007-DRH |
| *Renee Ruffin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10373-DRH |
| *Nikki Schermerhorn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11012-DRH |

| | |
|---|---|
| *Kimberly Stringfield, et al. v. Bayer Corporation, et al.* | No. 10-cv-13891-DRH |
| *Kimberly Vaughn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10819-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 29, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
      Deputy Clerk

**Dated:** July 30, 2014

Digitally signed by David R. Herndon
Date: 2014.07.30 10:10:56 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**

2